UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KIRSTIN M. ZABIEROWSKY : CHAPTER 13
      Debtor(s) :
       :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
      Movant :
       :
vs. :
       :
KIRSTIN M. ZABIEROWSKY :
      Respondent(s) : CASE NO. 1-20-bk-01275

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO
## AMENDED CHAPTER 13 PLAN

AND NOW, this 16th day of November, 2020, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about October 22, 2020 be withdrawn, as all issues have been resolved.

                Respectfully submitted:

                /s/Charles J. DeHart, III
                Standing Chapter 13 Trustee
                8125 Adams Drive, Suite A
                Hummelstown, PA 17036
                (717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 16th day of November, 2020, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Hyams, Esquire
2023 N. 2nd Street, Suite 203
Harrisburg, PA 17102

                /s/Deborah A. Behney
                Office of Charles J. DeHart, III
                Standing Chapter 13 Trustee